IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHIRA KOHN and ANDRES VIVAS, on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-23-3035 |
| v. | § § | |
| LOREN D. STARK COMPANY, INC., | § § | |
| Defendant. | § § | |

## NOTICE OF SETTING

Parties are advised that a hearing before United States District Judge Lee H. Rosenthal on the plaintiffs' unopposed motion for preliminary approval of class action settlement, (Docket Entry No. 43), has been scheduled for **September 17, 2024 at 3:30 p.m**. by Zoom. Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link.

**Nathan Ochsner Clerk**

By: _/s/ Lisa Eddins_
Lisa Eddins
Case Manager to Judge Lee H. Rosenthal